

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-10-00116-CV

_____

IN RE:   ANNA C. SMITH

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM  OPINION

Jason Allen Boyd sued Anna C. Smith for damages allegedly arising from a motor vehicle collision. The case was tried to a jury on June 29, 2010. The jury returned a verdict for the defense, finding that Boyd's negligence proximately caused the collision. On July 12, 2010, the trial court signed a take-nothing judgment. Boyd moved for a new trial. The trial court did not rule on the motion within the seventy-five-day time period specified by Rule 329b(c) of the Texas Rules of Civil Procedure; therefore, the motion was overruled by operation of law. TEX. R. CIV. P. 329b(c). On October 8, 2010, the trial court signed an order granting a new trial, and setting the new trial for April 5, 2011. The order did not specify the trial court's reasons for granting the new trial.

By petition for writ of mandamus, we are asked to order the trial court to specify its reasons for disregarding the jury's verdict and granting a new trial. However, after Smith filed her petition for writ of mandamus, the trial court entered a revised order that specified the court's reasons for granting a new trial.

Therefore, we deny Smith's petition as moot.

Bailey C. Moseley
Justice

Date Submitted:        November 17, 2010

2

Date Decided:          November 18, 2010